David Ali Chami
SBN: 027585
Price Law Group, APC
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283
Tel: (866) 881-2133
Fax: (866) 401-1457
David@pricelawgroup.com
Attorney for Plaintiff,
Jill Shover

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Jill Shover,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>National Credit Adjusters, LLC,<br>　　　　　　　Defendant. | No.  4:15-cv-00502<br><br>**Notice of Settlement** |

### NOTICE OF SETTLEMENT

Plaintiff, JILL SHOVER, ("Plaintiff"), through her attorney, Price Law Group, APC informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED: November 24, 2015　　　　　By:  /s/ David Ali Chami
　　　　　　　　　　　　　　　　　　　　　David Ali Chami

## **CERTIFICATE OF SERVICE**

On November 24, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense counsel, Nick Moore, at NMoore@ncaks.com.

By:  /s/ David Ali Chami
David Ali Chami